IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KIENAN C. DIETRICH,<br><br>　　　　　　Defendant. | 4:13CR3087<br><br>MEMORANDUM AND ORDER |

The defendant filed a pro se motion to suppress, (Filing No. 18), wherein he claims he did not knowingly and voluntarily consent to permit officers to search of his premises and cell phones or to waive his <u>Miranda</u> rights before providing statements. The defendant is represented by counsel.

IT IS ORDERED:

1) On or before August 19, 2013, defendant's counsel shall advise the court and counsel for the government as to whether the defendant wishes to pursue the pro se motion to suppress or, in the alternative, withdraw that motion and proceed to trial or other resolution of this case.

2) The government's deadline for responding to the motion to suppress is stayed pending further order of the court.

August 8, 2013

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge