IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KIENAN C. DIETRICH,<br><br>                Defendant. | **4:13CR3087**<br><br>**MEMORANDUM AND ORDER** |

After hearing the defendant's arguments, recognizing that Mr. Hansen cannot pursue those claims without violating his ethical responsibilities, and hearing that the defendant refuses to follow his counsel's advice, has repeatedly "fired" Mr. Hansen, and has refused to show up for meetings with Mr. Hansen,

    IT IS ORDERED:

1) The oral motion of attorney Michael Hansen to withdraw as counsel of record for defendant Kienan C. Dietrich, (filing no. 26), is granted.

2) The clerk shall delete Michael Hansen from any future ECF notifications herein.

September 25, 2013.

                                                                   BY THE COURT:

                                                                   *s/ Cheryl R. Zwart*
                                                                   United States Magistrate Judge