IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:13CR3087** |
| vs. | |
| KIENAN C. DIETRICH, | **MEMORANDUM AND ORDER** |
| Defendant. | |

At the end of the hearing held on December 27, 2013, I stated my conclusions on the record and my decision to recommend that the pro se defendant's motion to suppress be denied. In accordance with that announcement,

IT HEREBY IS RECOMMENDED to the Honorable Joseph F. Bataillon, United States District Judge, that the motion to suppress, (filing no. 18), be denied in all respects.

FURTHER, IT HEREBY IS ORDERED,

1.  The clerk shall cause a transcript of the hearing to be prepared and filed. When the transcript is filed, the clerk shall mail a copy to the defendant and shall file a notice on the record stating the transcript has been mailed.

2.  The parties are given a total of seventeen (17) days from the date the transcript is mailed to the defendant to file any objections to the undersigned magistrate judge's findings and recommendation. The parties are notified that failure to object may be deemed a waiver of the right to appeal the district judge's adoption of the recommendation.

3.  Trial of this matter is set to commence at 8:30 a.m. on March 3, 2014 before the Honorable Joseph F. Bataillon, United States District Judge in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

January 3, 2014..

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge